## Commonwealth ex rel. McDermott, Appellant, v. Russell.

Submitted April 10, 1967. *William McDermott,* appellant, in propria persona; *Edwin J. Martin* and *Charles B. Watkins,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. McLaughlin, Appellant, v. Maroney.

Submitted April 10, 1967. *John Junior McLaughlin,* appellant, in propria persona; *Thomas P. Ruane, Jr.,* First Assistant District Attorney, and *John R. Hoye,* District Attorney, for appellee.

Order affirmed.